| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Evelina Gentry; Jonathan M. Turner<br>Akerman LLP, 601 W. Fifth Street, Suite 300, Los Angeles, California 90071, Telephone: (213) 688-9500<br><br><br><br>ATTORNEY(S) FOR: CHEP USA | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEP USA<br><br>Plaintiff(s),<br>v.<br>WOODLAND PALLETS, CORP.<br><br>Defendant(s) | CASE NUMBER:<br><br>5:23-cv-1347<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____CHEP USA_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CHEP USA | New York Partnership / Party to Litigation |
| Brambles North America Incorporated | CHEP USA Partner |
| Brambles Industries, LLC | CHEP USA Partner |

July 11, 2023
Date

_Signature_

Attorney of record for (or name of party appearing in pro per):

CHEP USA